

U.S. Department of Justice

*Criminal Division*
*Fraud Section*

---

*Rebecca Yuan*  　　　　　　　　　970 Broad Street, Suite 700　　　(202) 262-3520
*Trial Attorney*　　　　　　　　　Newark, New Jersey 07102

September 23, 2020

VIA ELECTRONIC MAIL

Honorable Anne E. Thompson
U.S. District Judge
U.S. District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

It is so ordered this 24th day of September, 2020

*/s/ Anne E. Thompson*
Anne E. Thompson, U.S.D.J.

**Re:   *United States v. Kenneth Sun*, Crim. No. 19-438 (AET)**

Dear Judge Thompson:

The parties in the above-referenced case respectfully request that Defendant Kenneth Sun's sentencing hearing date, currently set for October 7, 2020, be adjourned 90 days. The parties have continuing discussions related to this matter. Defendant Kenneth Sun is currently on pretrial release in this matter and specifically agrees to this continuance.

　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　CRAIG CARPENITO
　　　　　　　　　　　　　　　UNITED STATES ATTORNEY


　　　　　　　　　　　　　　　By: _s/ Rebecca Yuan_
　　　　　　　　　　　　　　　Rebecca Yuan
　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　Criminal Division, Fraud Section

cc: Ryan Magee, Esq., Counsel to Defendant (via email)